**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

David Stebbins, )
)
      Plaintiff, )
)
v. ) Civil Action No. 14-900
)
Hazel Keahea, )
)
      Defendant. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of May 2014,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

/s/
United States District Judge