**FILED**

**AUG 28 2014**

**Clerk, U.S. District and Bankruptcy Courts**

Page 1 of 1

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DAVID STEBBINS**                                 **PLAINTIFF**

**VS.**                       **CASE NO. 14-900**

**HAZEL KEAHEA**                                **DEFENDANT**

### NOTICE OF APPEAL AND REQUEST FOR IFP APPLICATION

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following notice that he is appealing the frivolous order of Judge James E. Boasberg, entered in the above-styled case on July 1, 2014, making the patently frivolous assertion that Plaintiff does not have a constitutional right to court access.

Plaintiff asks that he be sent an Application for Leave to Proceed *In Forma Pauperis*.

So notified – and requested, this 22nd day of August, 2014.

*/s/ David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

